# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELLEN F. EARHART

VERSUS

GREAT AMERICAN INSURANCE
COMPANY, SENTRY CASUALTY
INSURANCE COMPANY

NO.   2024 CW 0601

**AUGUST 23, 2024**

---

In Re:    Ellen F. Earhart, applying for supervisory writs, Office
          of Workers' Compensation, District 5, No. 22-04723.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.** Once a judgment containing proper decretal language is rendered, the order granting Defendant's Motion for Summary Judgment will constitute a final and appealable judgment. In order for a judgment to be a final and appealable one, it must be precise, definite, and certain. It must also contain decretal language, and it must name the party in favor of whom the ruling is ordered, the party against whom the ruling is ordered, and the relief that is expressly granted or denied without reference to other documents in the record. **Advanced Leveling & Concrete Solutions v. Lathan Company, Inc.**, 2017-1250 (La. App. 1st Cir. 12/20/18), 268 So.3d 1044, 1046 (*en banc*). Once a judgment with appropriate decretal language is issued by the Office of Workers' Compensation, it will represent a final, appealable judgment, and the plaintiff, Ellen F. Earhart, will be entitled to file a motion for an appeal therefrom in accordance with applicable law.

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT